Pro Se 1 (Rev. 12/16) Complaint for a Civil Case                                                                                  Form 2

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

**Konrad Patrzalek (Kornelius Kong)**
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. **CIV-24-1180-SLP**
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes   ☐ No

**FILED**

NOV 15 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Konrad Patrzalek (Kornelius Kong) |
|---|---|
| Street Address | 10304 N.W. 17th St |
| City and County | OKC, ~~OK 73127~~ Oklahoma |
| State and Zip Code | OK 73127 |
| Telephone Number | 405-651-5690 |
| E-mail Address | konrad@radicalkon.com |

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question     [✓] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*28 U.S.C § 1331, 28 U.S.C § 1332, 42 U.S.C § 1983, 28 U.S.C 1367*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* __Konrad Patrzalek__, is a citizen of the State of *(name)* __Oklahoma__.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* __Twitter (X)__, is a citizen of the State of *(name)* __California__. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

   b. If the defendant is a corporation
   The defendant, (name) __Twitter (X) Inc__, is incorporated under the laws of the State of (name) __California__, and has its principal place of business in the State of (name) __Texas__.
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake– is more than $75,000, not counting interest and costs of court, because *(explain)*:

   __Because it will make or break our economy__
   __15,000,000__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__UAE, Twitter, Elon Musk, RANN, others Violated First Ammendment Suppression, RANN, Teresa Napieralu, Donald Trump, Joe Biden, Kamala Harris, Stripchat, Slander, defamation, Psychological Harm, and Intellectual Property Misappropriation RANN, Stripchat, Others, Plagiarism, and__
__next page__

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Teresa Napierala, Regulatory Bodies, Healthcare Providers
Privacy Invasion and Negligence,
Cyberbullying and Online Harassment
Elon Musk, Teresa Napierala, RANN, Others

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-15-24

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Konrad Putizalek

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

## Declaratory Relief
Declare Defendants actions as violations of Plaintiffs constitutional rights, privacy, and intellectual property

## Injuctive Relief
Enjoin Defendants from further suppression
Require Twitter Restore visibility

## Compensatory Damages
Award Damages for Plaintiffs distress, reputational harm and financial losses

## Punitive Damages of 15,000,000 against Defendants
to deter future violations and misconduct

## Public Acknowledgement and Apology
Mandate public retractions and acknowledge by all defendants; including recognition

## Costs and Fees
Court costs, Award Plaintiff all reasonable legal fees and any other related expenses

## Additional Relief
Grant Any further relief this Court deems just and appropriate to rectify the harm caused by Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

## AMENDED CIVIL COMPLAINT

**Plaintiff:**
**Kornelius Kong (Konrad Patrzalek)**
Operating under UNIKORNAIO Global Jurisdiction

**Defendants:**

**Government Entities:**

1. United Arab Emirates (UAE)
2. INTERPOL
3. Central Intelligence Agency (CIA)
4. Federal Bureau of Investigation (FBI)
5. United States Secret Service
6. Kamala Harris (Vice President of the United States)
7. Joe Biden (President of the United States)

**Corporations and Organizations:**

8. Twitter, Inc.
9. Right Angle News Network, Inc. (RANN)
10. Buffalo Wild Wings
11. @Stripchat
12. Red Rock Behavioral Health Services

**Individuals:**

13. Elon Musk
14. Teresa Napierala
15. Donald J. Trump
16. Scott Presler
17. Sarah Fields
18. Western Lensma
19. Mazemore
20. Kevin Smith (@kevin_smith45)
21. Gunther Eagleman
22. Clownworld_

23. Dr. Simon Goddek
24. Vote Harris Out
25. Lara Logan
26. Tarabull
27. Unlimited_ols
28. MjTruthUltra
29. Diligent Denizen
30. Salty Goat
31. Overton News
32. @LAV (LuisAugusVieira)
33. Adam Miller (@AdamMil20346127)
34. doofz (@socketdoofz)
35. Alexandria Doucet (@al3xdouc3t)
36. LadyInRed (@__Lady__In__Red)
37. Michelle Carabella (@Michellecarab)
38. LT Tuck (@Thee_LT3)
39. Matthew (@Mattpetti32)
40. Rodrigo (@RodrigoCryptOn)
41. Joe Holden (@JoeHolden1911)
42. CF Vests Worldwide (@CfVests)
43. Retirementjourney (@r_newton19)
44. Phillip (@phillipgrove)
45. RyanRipz The Left (@RyanRipzTheLeft)
46. James Nussbaumer (@JasNuss)
47. Vote RED! (@PetsRescues)
48. JayUSA (@JayUSA102)
49. Dean Dorame (@DorameDeano)
50. John Bohlander (@JohnBohlan18359)
51. PERSONAL ASSISTANT (@PersonalAssist6)
52. Randy Bush (@randy270281)
53. John Cena (@JohnCena)
54. Cináed McCheeseweed (@McCheeseweed)
55. Frannie Trump (@frances0523)
56. Chris Clark (@Chrisssmustang)
57. John Wood (@Jwood5050)
58. Mihajlo (@warriorethos)
59. Lisa (@RedCarolinaGal)
60. CelticNinja (@TyrantHealthFix)
61. MrChinchopper (Jimmy) (@MChinchopper)
62. Truitt Matt (@TruittMatt2)
63. Derka (@Derkawho)
64. DomainsTrug (@domainstrug)

**Case Number:**
**JURY TRIAL DEMANDED**

# INTRODUCTION

1. This lawsuit seeks redress for deliberate and systematic violations of Plaintiff Kornelius Kong's constitutional rights, intellectual property, and privacy by Defendants through coordinated acts of slander, defamation, cyber harassment, and suppression.

2. Plaintiff, a researcher and advocate specializing in cybercrime and financial manipulation, has been targeted for exposing critical issues such as capital flight, digital exploitation, and systemic corruption.

3. Defendants' actions include coordinated disinformation campaigns, algorithmic manipulation of social media, theft of intellectual property, and direct efforts to undermine Plaintiff's credibility and well-being.

4. These actions have resulted in severe reputational harm, emotional distress, financial losses, and interference with Plaintiff's ability to engage in public discourse and advocacy.

# JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to:
   - **28 U.S.C. § 1331** (federal question),
   - **28 U.S.C. § 1332** (diversity jurisdiction),
   - **42 U.S.C. § 1983** (civil rights violations), and
   - **28 U.S.C. § 1367** (supplemental jurisdiction for state law claims).
6. Venue is proper under **28 U.S.C. § 1391(b)(2)** because Plaintiff resides in this District, and substantial actions related to the claims occurred within the District.

# FACTUAL ALLEGATIONS

7. Plaintiff, operating under UNIKORNAIO Global Jurisdiction, has contributed extensive research on digital exploitation, regulatory gaps, and financial manipulation, including the role of capital flight as the leading cause of inflation.

8. Defendants engaged in a coordinated campaign to suppress Plaintiff's research and discredit his findings through algorithmic manipulation, defamation, and harassment.

9. Defendants, including UAE and Twitter, manipulated Plaintiff's engagement metrics, restricted visibility, and employed shadow-banning tactics to limit the public's access to his work.

10. Defendants Donald Trump, Joe Biden, and Kamala Harris dismissed Plaintiff's findings while attributing credit for related work to others, perpetuating misinformation.

11. Defendants Right Angle News Network (RANN) and @Stripchat plagiarized Plaintiff's original research, publishing it without acknowledgment and profiting from his intellectual property.

12. Defendant Teresa Napierala engaged in unauthorized surveillance, spreading false claims about Plaintiff to damage his reputation.

13. Defendants launched targeted harassment campaigns on social media, creating a hostile environment designed to silence and intimidate Plaintiff.

## CAUSES OF ACTION

### Count I – Violation of First Amendment Rights
### (Against United Arab Emirates, Twitter, Inc., Elon Musk, and Others)

14. Plaintiff incorporates all preceding paragraphs.

15. Defendants engaged in deliberate suppression of Plaintiff's freedom of speech through algorithmic manipulation, shadow-banning, and coercive tactics.

16. Defendant UAE leveraged its influence over Twitter to silence dissent and restrict the dissemination of Plaintiff's findings on capital flight and corruption.

17. Twitter, under Elon Musk's leadership, intentionally suppressed Plaintiff's visibility, engagement metrics, and ability to interact with his audience.

18. These actions violated Plaintiff's constitutional right to free speech and prevented the public from accessing critical information.

### Count II – Slander, Defamation, and Psychological Harm
### (Against Right Angle News Network, Inc., Teresa Napierala, Donald Trump, Joe Biden, Kamala Harris, @Stripchat, and Others)

19. Defendants disseminated false and defamatory statements about Plaintiff, portraying his research as baseless and undermining his credibility.

20. Defendant Teresa Napierala spread defamatory claims in Plaintiff's local community, including false insinuations about his mental health.

21. Defendants Donald Trump, Joe Biden, and Kamala Harris dismissed Plaintiff's findings, misattributing credit to others and perpetuating misinformation.

22. Defendant @Stripchat amplified defamatory narratives, damaging Plaintiff's reputation.

23. These coordinated defamatory actions caused significant reputational harm, emotional distress, and professional setbacks.

## Count III – Plagiarism and Intellectual Property Misappropriation
### (Against Right Angle News Network, Inc., @Stripchat, and Others)

24. Defendants plagiarized Plaintiff's original investigative work, including analyses and insights, without proper attribution or consent.

25. Defendant RANN published Plaintiff's findings, presenting them as their own and profiting from his intellectual property.

26. Defendant @Stripchat used Plaintiff's work to promote content on its platform, further damaging Plaintiff's credibility.

27. Defendants knowingly exploited Plaintiff's research for financial and reputational gain.

## Count IV – Privacy Invasion and Negligence
### (Against Teresa Napierala, Regulatory Bodies, Healthcare Providers, and Others)

28. Defendant Teresa Napierala engaged in unauthorized surveillance, sharing Plaintiff's personal information without consent.

29. Regulatory bodies, including CIA, FBI, and Secret Service, failed to investigate Plaintiff's reports of misconduct, leaving him vulnerable to privacy breaches.

30. Healthcare providers dismissed Plaintiff's legitimate concerns, exacerbating his emotional distress.

## Count V – Cyberbullying and Online Harassment
### (Against Elon Musk, Teresa Napierala, RANN, and Others)

31. Defendants engaged in coordinated cyber harassment campaigns, using abusive language, misinformation, and intimidation tactics.

32. These actions created a hostile online environment, deterring Plaintiff from engaging in public discourse.

33. Plaintiff suffered emotional distress, reputational harm, and financial losses due to Defendants' cyberbullying.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests this Court:

1. **Declaratory Relief:**
   - Declare Defendants' actions as violations of Plaintiff's constitutional rights, privacy, and intellectual property.

2. **Injunctive Relief:**
   - Enjoin Defendants from further suppression, harassment, defamation, and intellectual property theft.
   - Require Twitter to restore Plaintiff's visibility and engagement metrics transparently.

3. **Compensatory Damages:**
   - Award damages for Plaintiff's emotional distress, reputational harm, and financial losses incurred as a result of Defendants' actions.

4. **Punitive Damages:**
   - Impose punitive damages of $15,000,000 against Defendants to deter future violations and misconduct.

5. **Public Acknowledgment and Apology:**
   - Mandate public retractions and acknowledgments by all Defendants, including recognition of Plaintiff's work and findings.

6. **Costs and Fees:**
   - Award Plaintiff all reasonable legal fees, court costs, and any other related expenses.

7. **Additional Relief:**
   - Grant any further relief this Court deems just and appropriate to rectify the harm caused by Defendants.