### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KONRAD PATRZALEK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CIV-24-1180-SLP |
| UNITED ARAB EMIRATES, et al., | ) ) ) |
| Defendants. | ) |

**O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Chris M. Stephens [Doc. No. 4]. The Magistrate Judge recommends that the Court deny Plaintiff's Application for Leave to Proceed in Forma Pauperis (i.e., without prepaying fees or costs). [Doc. No. 2]. Any objection to the R&R was due by December 13, 2024. *See* [Doc. No. 4] at 4. No objection has been filed, nor has an extension of time in which to object been sought or granted.

Accordingly, the Report and Recommendation [Doc. No. 4] is ADOPTED and Plaintiff's Application for Leave to Proceed In Forma Pauperis [Doc. No. 2] is DENIED. Plaintiff shall pay the $405.00 filing fee on or before January 6, 2025. Plaintiff is advised that failure to timely pay the filing fee shall result in dismissal of this action without prejudice.

IT IS SO ORDERED this 16th day of December, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE